# Exhibit 1

Copyright Registration No. VA 2-353-094

Certificate and Copyrighted Works

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-353-094**

**Effective Date of Registration:**
June 28, 2023
**Registration Decision Date:**
July 03, 2023

## Title

- **Title of Work:** User Guide - Electric Makeup Brush Cleaner

## Completion/Publication

- **Year of Completion:** 2020
- **Date of 1st Publication:** March 25, 2021
- **Nation of 1st Publication:** United States

## Author

- **Author:** Yang Xu
- **Author Created:** 2-D artwork
- **Work made for hire:** No
- **Citizen of:** China
- **Domiciled in:** China
- **Year Born:** 1991

## Copyright Claimant

- **Copyright Claimant:** Yang Xu
  Dabao Rd, Dalang Community, Xin'an Street, Bao'an District, No.49, Shenzhen, 518101, China

## Rights and Permissions

- **Name:** Yang Xu
- **Email:** xy5130789@gmail.com
- **Telephone:** 6187138462
- **Alt. Telephone:** 9514628471
- **Address:** Dabao Rd, Dalang Community, Xin'an Street, Bao'an District No.49

Shenzhen 518101 China

## Certification

**Name:** Yang Xu
**Date:** June 28, 2023

**Correspondence:** Yes
**Copyright Office notes:** Regarding basis for registration: Registration does not extend to any useful article depicted. Registration extends to deposited artwork only. 17 USC 101, 102(a), and 113.

# HOW TO USE



① Add water and cleanser until the container is half full



② Press the button to turn it on/off (long press to vary the speed)



③ Gently press down the brush



④ Rinse bristles with clean water

**Note:**
The cleaning solution can be reused until it no longer cleans effectively.
⚠ Avoid excessive pressure to protect the bristle and the motor inside.